C. F. SAWYER and Others v. GEORGE H. KNOWLES and Others.[1]

July 2, 1895.

Nos. 9478—(241).

Damages—Sufficiency of Evidence.

Evidence considered, and *held* sufficient to justify the finding of the court below.

Appeal by defendants from an order of the municipal court of Minneapolis, Holt, J., denying a motion for a new trial. Affirmed.

The action was for the conversion of certain books of account used by plaintiffs in their business. The case was tried by the court, without a jury, and judgment was ordered in favor of plaintiffs for seventy-five dollars.

*C. E. Brame*, for appellants.

*W. A. McDowell*, for respondents.

BUCK, J. The appellants' counsel concedes that the plaintiffs were entitled to a judgment for nominal damages, and that the only other issue tendered was as to the value of the property in controversy. Upon this question there was ample testimony introduced, without objection, to sustain the finding of the court below, and therefore the order denying motion for a new trial is affirmed.